**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSE CASTELLANOS                               CIVIL ACTION

VERSUS                                          NO. 16-2501

SAINTS & SANTOS CONSTRUCTION,                   SECTION "B"(2)
L.L.C., ET AL.

<u>JUDGMENT</u>

In a separate Opinion (*see* Rec. Doc. 184), the Court addressed all remaining issues in the above-referenced matter, including the issue of liquidated damages. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiffs against Defendants, pursuant to the Parties' agreement for payment of unpaid overtime wages due to remaining Plaintiffs, plus liquidated damages awarded in the above-cited Opinion, and court costs. *See also* Rec. Docs. 174, 182 and 183.

New Orleans, Louisiana, this 26th day of June, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1